```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

794854
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for PHH MORTGAGE CORPORATION
```

| In Re:<br><br>READUS D. GARRETT<br>JOSETTE M. GARRETT | Case No: 17-21500 - ABA<br><br>Judge: Andrew B. Altenburg, Jr<br><br>Chapter: 13 |
| --- | --- |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PHH MORTGAGE CORPORATION with regards to its mortgage. Said Mortgage was recorded on September 12, 2007, Book 11573, Page 83 on the real property, located at 223 SWEDESRUN DRIVE, DELRAN, NJ 08075 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: June 14, 2017

/s/ Michael Dingerdissen
Michael Dingerdissen, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 31614
Fax: 856-813-5501
Email:
michael.dingerdissen@phelanhallinan.com