UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Josette M. Garrett

Readus D. Garrett

Case No.: 17-21500

Chapter: 13

Judge: Andrew B. Altenburg Jr.

# ORDER AUTHORIZING RETENTION OF

The relief set forth on the following page is **ORDERED**.

DATED: May 1, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>Andrew Van Wager, Esquire</u> as <u>Personal Injury Attorney</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   <u>Lundy Law, LLP</u>
   <u>1040 North Kings Highway, Suite 305</u>
   <u>Cherry Hill, NJ 08034</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2