# Office of the Chapter 13 Standing Trustee

## Isabel C. Balboa, Chapter 13 Standing Trustee†

Jane L. McDonald, Counsel                                    Kelleen E. Stanley*
Raymond H. Shockley, Jr. Staff Attorney                      Jennie P. Archer*
Jennifer R. Gorchow, Staff Attorney                          Lu'Shell K. Alexander*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

March 01, 2019

JOSETTE M. GARRETT
READUS D. GARRETT
223 SWEDES RUN DRIVE
RIVERSIDE, NJ 08075

      RE:      DEBTOR(S):    JOSETTE M. GARRETT & READUS D. GARRETT
                  CASE NO.:     17-21500-ABA
                  CONFIRMED:  02/14/2018

## NOTICE TO FILE ANNUAL STATEMENT OF INCOME AND EXPENSES
## PURSUANT TO 11 U.S.C. §521(f)(4)(b)

Pursuant to 11 U.S.C. §521(f)(4)(b):

    At the request of the court, the United States Trustee, or any party in interest…..a debtor who is an individual shall file with the court

      in a case under chapter 13 -

      annually after the plan is confirmed and until the case is closed, not later than the date that is 45 days before the anniversary of confirmation of plan;

      a statement, under penalty of perjury, of the income and expenditures of the debtor during the tax year of the debtor most recently concluded before such statement is filed under this paragraph, and of the monthly income of the debtor, that shows how income, expenditures, and monthly income are calculated.

As the Trustee, I am a party in interest and request that the debtor(s) file the required Amended Schedules I and J and provide proof of current income on or before 45 days to the anniversary date of the confirmation of the plan. Failure to timely file the annual statement may result in the Trustee seeking to dismiss or modify debtor(s)' chapter 13 plan.

                                        Very truly yours,
                                        /s/ Isabel C. Balboa
                                        Isabel C. Balboa
                                        Chapter 13 Standing Trustee

cc: BRAD J. SADEK, ESQUIRE

Cherry Tree Corporate Center                                          Payments Only:
535 Route 38
Suite 580                                                             P.O. Box 1978
Cherry Hill, NJ 08002                                          Memphis, TN 38101-1978
(856) 663-5002

IS_CHH_5004