## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

IN RE:                                             CASE NO.: 17-21500-ABA
                                                              CHAPTER 13

**Josette M. Garrett,**

    **Debtor**

**Readus D. Garrett,**

    **Joint Debtor**

_____/

### REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of PHH MORTGAGE CORPORATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202,**
**FAIRFIELD, NJ 07004**

        RAS Citron, LLC
        Attorney for Secured Creditor
        130 Clinton Road, Suite 202,
        Fairfield, NJ 07004
        Telephone: 470-321-7112

        By: /s/Harold Kaplan
           Harold Kaplan, Esquire
           Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Josette M. Garrett
223 Swedes Run Drive
Riverside, NJ 08075

Readus D. Garrett
223 Swedes Run Drive
Riverside, NJ 08075

And via electronic mail to:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street  Suite 502
Philadelphia, PA 19107

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
 535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

RAS Citron, LLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202,
Fairfield, NJ 07004
Telephone: 470-321-7112
By: /s/Harold Kaplan
Harold Kaplan, Esquire
Email: hkaplan@rasnj.com