**NJID 836250**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for PHH MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>   Josette M. Garrett<br>   Readus D. Garrett<br><br>   Debtor(s) | : CHAPTER 13<br><br>: CASE NO. 17-21500-ABA<br><br>: **NOTICE OF MOTION FOR**<br>: **RELIEF FROM AUTOMATIC**<br>: **STAY PURSUANT TO 11 USC**<br>: **SECTION 362(d)** |

| | |
|---|---|
| Josette M. Garrett<br>223 Swedes Run Drive<br>Riverside, NJ 08075 | Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Ste 502 |
| Josette M. Garrett<br>36 Stonehaven Lane<br>Willingboro, NJ 08046 | Philadelphia, PA 19107<br><br>Andrew Van Wagner<br>Lundy Law, LLP |
| Readus D. Garrett<br>223 Swedes Run Drive<br>Riverside, NJ 08075 | 1040 N. Kings Hwy.<br>Suite 305<br>Cherry Hill, NJ 08034 |
| Readus D. Garrett<br>36 Stonehaven Lane<br>Willingboro, NJ 08046 | Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 |
| | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

     PHH MORTGAGE CORPORATION (hereinafter 'Movant') has filed papers with the Court to have an Order entered granting it relief from the automatic stay against the property commonly known as 36 STONEHAVEN LANE, WILLINGBORO, NJ 08046.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (**If you do not have an attorney, you may wish to consult one**).

If you do not want the Court to grant Movant relief from the automatic stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before 07/14/2020 you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 401 Market Street, Second Floor, Camden, NJ 08101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

/s/ Melanie Grimes
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
Chapter 13 Trustee

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on 07/21/2020 at 10:00 a.m. at the United States Bankruptcy Courthouse, 400 Cooper Street, Fourth Floor, Camden, NJ 08101, before the Honorable Andrew B. Altenburg, Jr, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: May 11, 2020

/s/ Melanie Grimes
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com