UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS CITRON, LLC**
130 Clinton Road, Suite 202
Fairfield, New Jersey 07004
Telephone Number: 973-575-0707
Attorneys for Secured Creditor PHH MORTGAGE
CORPORATION

Harold Kaplan ( HK0226)

In Re:

**Josette M. Garrett,**

      **Debtor,**

**Readus D. Garrett,**

      **Joint Debtor.**

Case No.:    17-21500-ABA

Chapter:    13

Hearing Date:  July 28,  2020

Judge:    Andrew B. Altenburg Jr.

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY RELIEF

HEARING DATE AND TIME:
July 28,, 2020 at 10:00 a.m.

**ORAL ARGUMENT IS REQUESTED IN THE EVENT
OPPOSITION IS TIMELY FILED**

TO:

| *Debtor(s)-* | *Debtor's Attorney-* | *Trustee-* | *U.S. Trustee-* |
|---|---|---|---|
| Josette M. Garrett | Brad J. Sadek | Isabel C. Balboa | US Dept of Justice |
| 223 Swedes Run Drive | Sadek and Cooper | Chapter 13 Standing | Office of the US |
| Riverside, NJ 08075 | 1315 Walnut Street | Trustee | Trustee |
| *Joint Debtor-* | Ste 502 | Cherry Tree Corporate | One Newark Center Ste |
| Readus D. Garrett | Philadelphia, PA 19107 | Center | 2100 |
| 223 Swedes Run Drive | | 535 Route 38 - Suite | Newark, NJ 07102 |
| Riverside, NJ 08075 | | 580 | |
| | | Cherry Hill, NJ 08002 | |

PLEASE TAKE NOTICE that on July 28, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, RAS CITRON, LLC, attorneys for PHH MORTGAGE CORPORATION, the within creditor ("Creditor"), shall move before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge, at Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, N.J. 08101, Courtroom 4B, for an Order pursuant to 11 U.S.C. §362(d)(1) granting such Creditor relief from automatic stay and Co-Debtor Stay pursuant to 11 U.S.C. §1301 (c) or, for costs and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Certification in Support of Motion for Relief. A proposed form of Order is also being submitted. A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the **CLERK, UNITED STATES BANKRUPTCY COURT, U.S. Post Office and Courthouse, 401 Market Street, Camden, NJ 08101**, and simultaneously served on Secured Creditor's counsel, **RAS CITRON, LLC, 130 Clinton Road, Suite 202, Fairfield, New Jersey 07004**, so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

DATED: 7/7/2020

**RAS Citron, LLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/ Harold Kaplan
Harold Kaplan, Esquire
Bar ID:  HK0226
Email: hkaplan@rasnj.com