

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u> <br><br> Sadek and Cooper Law Office <br> 1315 Walnut Street, Suite 502 <br> Philadelphia, PA 19107 <br> 215-545-0008 | Order Filed on October 6, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> **Josette M. Garrett** <br> **Readus D. Garrett** <br><br> **Debtor(s)** | Case No.: **17-21500** <br> Chapter: **13** <br> Hearing Date: **10/6/2020 @10:00 AM** <br> Judge: **ABA** |

## ORDER TO DISBURSE FUNDS

The relief as set forth on the follow page, numbered two (2) it is hereby **ORDERED.**

**DATED: October 6, 2020**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**In re: Josette M. Garret and Readus M. Garrett**
**Case No.: 17-21500-ABA**
**Caption of Order: Order to Disburse Funds**

---

This matter being opened to the Court by the Debtors, through their attorney, with notice to all creditors and the Trustee and that the Court having reviewed the application of the debtors and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

IT IS HEREBY ORDERED as follows:

1. Debtor claims proceeds in the amount of **$21,826.67** exempt pursuant to 11 U.S.C. §522(d)(11)(D).

2. There are no non-exempt proceeds to distribute to the Standing Trustee.